IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEE ANDREW KENNEDY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 2:12-cv-525-WHA |
| | ) |
| CPL. JEFFERY SOLOMON, | ) (WO) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

In accordance with the order of the court entered in this case on this day,

Final Judgment is entered in favor of the Defendant, and against the Plaintiff, Lee Andrew Kennedy, and this case is DISMISSED with prejudice.

DONE this 15th day of June, 2015.

/s/  W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE